NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL HANSEN,                                    )
                                                   )
                Appellant,                         )
                                                   )
v.                                                 )        Case No. 2D17-1252
                                                   )
WELLS FARGO BANK, N.A.,                            )
                                                   )
                Appellee.                          )
_____)

Opinion filed June 29, 2018.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Judge.

Michael Hansen, pro se.

Michele L. Stocker of Greenberg Traurig,
P.A, Ft. Lauderdale; Kimberly S. Mello,
and Danielle M. Diaz of Greenberg Traurig,
P.A., Tampa; Jacqueline F. Kuyk, and
Michael A. Cohn of Awerbach Cohn,
Clearwater, For Appellee.



PER CURIAM.


                Affirmed.


LaROSE, C.J., KELLY, and MORRIS, JJ., Concur.